UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT B TREADWELL, | Civil No. 3:20-CV-05332-RAJ |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on Defendant's Motion, it is hereby ORDERED that the Answer Due Date shall be amended as follows:

Defendant shall have up to and including August 10, 2020, to file an Answer to Plaintiff's Complaint, including the certified administrative record. If the Commissioner is unable to file the certified administrative record by that date, the Commissioner shall file a status report by that date and every subsequent 28 days until the certified administrative record becomes available.

DATED this 14th day of July, 2020.

_Richard A Jones_
_____
The Honorable Richard A. Jones
United States District Judge

Page 1        ORDER - [3:20-CV-05332-RAJ]